**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Lab Technology LLC,** | Case No. 7:26-cv-00374-PMH |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **MSS Electronics, Inc.,** | |
| Defendant. | |

### ORDER GRANTING NOTICE OF DISMISSAL WITH PREJUDICE

The request to dismiss this matter with prejudice is hereby GRANTED.

SO ORDERED.

Dated: March 19, 2026
White Plains, New York

_____
PHILIP M. HALPERN
United States District Judge

1